**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Diane Burnett, | No. CV-03-1891-PHX-LOA |
| Plaintiff, | **ORDER** |
| vs. | |
| John Bottoms, Jennifer Pinnow, Robert Holley, The State of Arizona, Marshall Cook and The City of Tempe, Arizona, | |
| Defendant. | |

This Court has received State Defendants' Motions in Limine (Dkt. #s 66, 69, 70 and 71). This Court's Order (Dkt. #60) issued after the informal Rule 16 status conference required that Responses to Motions in Limine be filed by 5:00 p.m. on Monday, November 7, 2005. A review of the docket reflects no responses have been filed to date.

Therefore, pursuant to this Court's Order (Dkt. #60) and LRCiv 7.2(i), the Court will grant State Defendants' Motions in Limine.

Accordingly,

**IT IS ORDERED granting** State Defendants' Motions in Limine (Dkt. #s 66, 69, 70 and 71). A detailed Order will follow at the conclusion of the Final Pretrial

///

1 | Conference scheduled before the undersigned on Monday, December 5, 2005 at 9:30 a.m.
2 | DATED this 1st day of December, 2005.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge