1  **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Diane Burnett, | No. CV 03-1891-PHX-LOA |
| Plaintiff, | **ORDER** |
| vs. |  |
| John Bottoms, Jennifer Pinnow, Robert Holley, The State of Arizona, Marshall Cook and The City of Tempe, Arizona., |  |
| Defendants. |  |

This Court has received and considered Defendant Holley's Request to Enlarge the time to File a Response to Plaintiff's Motion for Attorney's Fees and Costs.

The Court has confirmed with Plaintiff's counsel that he has no opposition to Defendant Holly's Request. The Court notes Defendant Holley's Request states the Court's Order (Dkt. #111) did not specifically address the time for filing a response, but the general rule is fifteen (15) days to file a response for motion for attorneys' fees. The Court disagrees and notes that the Order (Dkt. #111) does, in fact, set forth a specific briefing schedule with respect to the filing of a motion for reasonable attorney's fees, response and reply which overrides the Local Rules. Nevertheless, the Court will grant Defendant Holly's Request as there is no objection and there is no prejudice to Plaintiff by granting the subject motion.

**IT IS ORDERED granting** Defendant Holley's Request to Enlarge the Time to File a Response to Plaintiff's Motion for Attorney's Fees and Costs to and including **Friday,**

1  **May 12, 2006**.   Plaintiff's Reply, if any,  shall be due on or before **Thursday, May 25,**
2  **2006**.

3       DATED this 5th day of May, 2006.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge

- 2 -